**FILED**



**8:47 am, 7/31/25**

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

---

JEFFREY VON HIILL,

　　　　Plaintiff,

　　VS.

MECHANICS BANK, HILLTOP
HOLDINGS, DIGNITY HEALTH,
ATHENA HEALTH, NORCAL
MUTUAL INSURANCE,
MACDONALD AUXILIARY
CORPORATION, HILL PHYSICIANS
MEDICAL GROUP, ELEVATION
ONCOLOGY, CHASE BANK, KEY
BANK, and DOES 1–100,

　　　　Defendant,

Case No.  2:25-CV-106-ABJ

---

## FINAL JUDGMENT

---

THIS MATTER comes before the Court pursuant to the deadlines set in its prior

*Order Dismissing Plaintiff's* Complaint *Pursuant to 28 U.S.C. § 1915(e)(2) Screening,*

issued on June 11, 2025 (ECF No. 4). In that *Order*, the Court dismissed Plaintiff's

*Complaint* (ECF No. 1) for failing to state a plausible claim for relief. ECF No. 4.

Dismissal was without prejudice and Plaintiff was granted 30 days from the date of

issuance to file an amended complaint. *Id.* at 11. That deadline has now passed without

any filings by Plaintiff, making it proper to dismiss this action with prejudice and close

Plaintiff's case.

THEREFORE, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiff's *Complaint* (ECF No. 1) is **DISMISSED WITH PREJUDICE** and his case closed.

Dated this 31st day of July, 2025.

Alan B. Johnson
United States District Judge